**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT**
**IN AND FOR LAKE COUNTY, FLORIDA**

**ROBERT DUSTIN,**

**PLAINTIFF,**

**CASE NO.:**

**v.**

**TARGET CORPORATION,**

**DEFENDANT.**

_______________________________/

**COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

Plaintiff, **ROBERT DUSTIN**, by and through undersigned counsel, sues Defendant, **TARGET CORPORATION**, and alleges as follows:

**GENERAL ALLEGATIONS**

1) The is an action for damages in excess of Fifty Thousand Dollars ($50,000.00), not inclusive of attorneys' fees and costs and thus within the jurisdictional limits of this Court in accordance with Fla. Stat.

2) All of the acts and/or omissions complained of herein occurred in this County, thus venue is proper in accordance with Fla. Stat.

3) At all times material and relevant hereto, Plaintiff was a resident of Lake County, Florida and is otherwise *sui juris*.

4) At all times material hereto, Defendant was a foreign corp., licensed to do business and doing business in Lake County, Florida.

5) On or about January 13, 2025, Defendant owned, managed, controlled, operated, and/or maintained the premises located at or near Target, 17450 US-441, Mt Dora,

FL 32757, that was used as a store known as Target.

6) At that time and place, Plaintiff was on the subject premises as an invitee. While walking in the bathroom, Plaintiff stepped on a dirty liquid that was on the floor causing him to slip, fall, and sustain serious personal injuries.

7) At that time and place and at all relevant times hereto, Defendant's agents, servants, and employees acted within the course and scope of their employment.

8) At all times material hereto, Defendant acted through its employees, actual, implied, and/or apparent agents, and representatives. The defendant is vicariously liable for their acts and/or omissions.

**COUNT I— NEGLIGENCE AGAINST DEFENDANT**

Plaintiff hereinafter reaffirms and re-alleges each and every allegation contained in the General Allegations, as if fully set forth herein and further alleges:

9) At all times material hereto, Defendant had a nondelegable duty to use reasonable care to maintain its premises in a reasonably safe condition and a duty to warn of concealed perils which are or should have been known to it, and which are unknown to the invitee and could not be discovered by the invitee even if he exercised due care.

10) At all times material hereto, Defendant breached its duty owed to Plaintiff by negligently and carelessly maintaining its premises by allowing a dirty liquid substance to be present and accumulate on the floor and/or by failing to warn Plaintiff of the condition, causing Plaintiff to fall, thereby sustaining serious personal injuries.

11) Defendant by and through its agents, servants, and/or employees, created the condition and/or allowed it to remain.

12) The aforementioned condition existed for a sufficient length of time and/or occurred

with such regularity, that in the exercise of ordinary care, Defendant either knew or should have known of the existence of the hazardous and dangerous condition, which constituted a danger to Plaintiff.

13) As a direct result of one or more of the above-mentioned acts of negligence or omissions, Plaintiff suffered serious personal injuries, pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect, loss of capacity for the enjoyment of life, expense of hospitalization, expense of medical care, expense of nursing care and medical treatment, loss of earnings in the past and loss of ability to earn money in the future. These losses are permanent and continuing in nature and Plaintiff will continue to suffer these losses in the future.

**WHEREFORE**, Plaintiff hereby demands judgement for damages against Defendant, together with whatever other relief the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff does hereby demand trial by jury of all issues so triable as a matter of right.

Dated: March 13, 2025.

**LAW OFFICE OF IRWIN AST**
*Attorneys for Plaintiff*
2121 S.W. 3rd Avenue, Suite 401
Miami, Florida 33129
Tel: (305) 307-5208
Fax: (305) 901-5639
Email: irwin@astlawfirm.com
leo@astlawfirm.com
pleadings@astlawfirm.com

By: */s/ Leonard M. Caracappa*
Irwin Ast, Esq.
Fla. Bar No.: 0059879
Leonard M. Caracappa, Esq.
Fla. Bar No.: 1018504